IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA K. GENTRY, Individually, And as Executrix of the Estate of TROY LEE GENTRY, Deceased, *Plaintiff*, | CIVIL ACTION |
| v. | |
| SIKORSKY AIRCRAFT CORPORATION et al., *Defendants*. | No. 18-1326 |

## ORDER

**AND NOW**, this 3rd day of December, 2018, upon consideration of Plaintiff's Affidavit in Support of her Motion to Remand to State Court and Supplemental Exhibits (Doc. No. 14), Plaintiff's Motion for Leave to File Affidavit and Exhibit In Support of Her Motion to Remand (Doc. No. 19), and Defendants' Response and Cross-motion to Strike (Doc. No. 21), it is **ORDERED** that:

1. The Motion for Leave to Leave to File Affidavit and Exhibit In Support of Plaintiff's Motion to Remand (Doc. No. 19) is **DENIED**;

2. Plaintiff's Affidavit in Support of her Motion to Remand to State Court and Supplemental Exhibits (Doc. No. 14) shall be **STRICKEN FROM THE RECORD**; and

3. Defendants' Cross-motion to Strike (Doc. No. 21) is **DEEMED MOOT**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE