IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA K. GENTRY, Individually, And as Executrix of the Estate of TROY LEE GENTRY, Deceased,<br>    *Plaintiff*,<br><br>v.<br><br>SIKORSKY AIRCRAFT CORPORATION et al.,<br>    *Defendants*. | CIVIL ACTION<br><br>No. 18-1326 |

## ORDER

**AND NOW**, this 18th day of April, 2019, upon consideration of the Defendants' Notice of Removal (Doc. No. 1), Plaintiff's Motion to Remand (Doc. No. 4), the Defendants' Opposition to the Motion to Remand (Doc. No. 6), Plaintiff's Reply in Support of the Motion to Remand (Doc. No. 9), Plaintiff's Supplement in Support of the Motion to Remand (Doc. No. 32), the Defendants' Supplement in Opposition to the Motion to Remand (Doc. No. 33), the Defendants' Motion to Enforce Court Order and to Strike (Doc. No. 34), Plaintiff's Opposition to the Motion to Enforce Court Order and to Strike (Doc. No. 35), the Defendants' Reply in Support of the Motion to Enforce Court Order and to Strike (Doc. No. 36), and the oral argument held on December 13, 2018, it is **ORDERED** that, as set forth in the Court's April 18, 2019 memorandum:

1. The Defendants' Motion to Enforce Court Order and to Strike (Doc. No. 34) is **GRANTED**, such that the Fetbroyt Declaration, all references thereto, and any reliance thereon, is stricken; and

2. Plaintiff's Motion to Remand (Doc. No. 4) is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE